IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELVIN FRAZIER, #099699 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-2420-C |
| | § | |
| TEXAS INTERNAL REVENUE SERVICE, | § | |
| | § | |
| Defendant. | § | |

**AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be dismissed for lack of jurisdiction. Objections were filed. Said objections are OVERRULED.

The Court has reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation as the findings and conclusions of the court. For the reason state therein, the court ORDERS that this civil action be **DISMISSED** for lack of jurisdiction.

SO ORDERED.

Dated January 9, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE